UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOHNNY TIPPINS,

        Plaintiff,                    Case No. 1:20-cv-616

v.                                       Honorable Paul L. Maloney

LES PARISH et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  September 10, 2020              /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge